1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 | INEZ GUTIERREZ

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,  ) No. 2:10-cr-067-GEB
                              )
12 |            Plaintiff,     )
                              ) STIPULATION REQUESTING BOP
13 |     v.                    ) DESIGNATION TO FCI DUBLIN;
                              ) [PROPOSED] ORDER
14 | INEZ GUTIERREZ,           )
                              )
15 |            Defendant.     ) Judge: Garland E. Burrell, Jr.
                              )
16 | _____ )

17 | Defendant, INEZ GUTIERREZ, through Matthew C. Bockmon, Assistant
18 | Federal Defender, and Jason Hitt, Assistant U.S. Attorney, hereby
19 | request that the Court include a recommendation for BOP to designate
20 | defendant, Inez Gutierrez, to the Federal Correctional Institution at
21 | Dublin.
22 | On May 18, 2012, this Court sentenced Ms. Gutierrez to the custody
23 | of the Bureau of Prisons for a term of 10 months. There was no
24 | recommendation as to an appropriate designation.
25 | Ms. Gutierrez has requested to be designated to the federal
26 | institution located at Dublin, California.
27 | All the parties are in agreement for the Court to include this
28 | recommendation to the Board of Prisons regarding Ms. Gutierrez's

designation.

Based on the foregoing, the parties stipulate and request that this Court recommend to the Board of Prisons that Inez Gutierrez be designated to the Federal Correctional Institution, Dublin, California.

Dated: May 30, 2012                  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

s/ Matthew Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
INEZ GUTIERREZ

Dated: May 30, 2012                  BENJAMIN B. WAGNER
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**Recommendation**

IT IS HEREBY recommended that the Board of Prisons designate defendant, Inez Gutierrez, to the Federal Correctional Institution, Dublin, California.

Dated: May 31, 2012

GARLAND E. BURRELL, JR.
United States District Judge

-2-